UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JUSTICE ALLAH,  :
a/k/a
MELVIN BALDWIN,  :
                                         Civil Action No. 10-3400 (DMC)
       Plaintiff,  :

       v.  :  **ORDER**

BRIAN RIORDAN, et al.,  :

       Defendants.  :

This matter having come before the Court on Plaintiff's submission of a civil Complaint, and it appearing that:

1. Plaintiff is currently an inmate confined at Union County Jail in Elizabeth, New Jersey;

2. Plaintiff did not prepay the $350.00 filing fee for a civil action as required by Local Civil Rule 54.3(a);

3. Plaintiff submitted an Application [1-1] to proceed in forma pauperis pursuant to 28 U.S.C. § 1915; however, the application was deficient in that it was not accompanied by Plaintiff's certified six-month institutional account statement as required by 28 U.S.C. § 1915(a)(2);

4. By Opinion and Order [3, 4] entered July 21, 2010, this Court ordered the Clerk of the Court to administratively terminate this action and granted Plaintiff leave to notify this Court within 30 days if he wished to re-open this matter and to accompany such notice with either a complete application for

leave to proceed in forma pauperis or prepayment of the filing fee;

    5. On July 29, this Court received from Plaintiff a letter request to re-open and a new Application [7] for leave to proceed in forma pauperis, which was again deficient in that [it failed to include Plaintiff's certified six-month institutional account statement as required by 28 U.S.C. § 1915(a)(2) and as directed by this Court's prior Order;

IT IS THEREFORE on this __3__ day of __Feb__, 2011,

ORDERED that the Clerk of the Court shall RE-OPEN this matter for consideration of Plaintiff's Application [7] for leave to proceed in forma pauperis; and it is further

ORDERED that Plaintiff's Application [7] for leave to proceed in forma pauperis is DENIED WITHOUT PREJUDICE for failure to provide the required certified six-month institutional account statement; and it is further

ORDERED that the Clerk of the Court shall re-close the Court's file in this matter.

_____
Dennis M. Cavanaugh
United States District Judge

2